UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 21-1981
(21-10765)
(21-00056)

———————

In re: CLEARY PACKAGING, LLC

      Debtor

------------------------------

CANTWELL-CLEARY CO., INC.

      Plaintiff - Appellant

v.

CLEARY PACKAGING, LLC

      Defendant - Appellee

--------------------------------

PUBLIC JUSTICE CENTER; LEGAL AID JUSTICE CENTER; MOUNTAIN STATE JUSTICE; NORTH CAROLINA JUSTICE CENTER; CASA; CENTRO DE LOS DERECHOS DEL MIGRANTE; NATIONAL BLACK WORKER CENTER; NATIONAL EMPLOYMENT LAW PROJECT; FARM LABOR ORGANIZING COMMITTEE, AFL-CIO; UNITED STATES OF AMERICA

      Amici Supporting Appellant

NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES

      Amicus Supporting Rehearing Petition

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                For the Court

                /s/ Patricia S. Connor, Clerk